626

374 A.2d 718

Finkel v. Paramount Exterminating Co., Inc., Appellant.

Argued March 21, 1977. Allan Kaufman, with him Gordon and Kaufman, for appellant; Mark B. Dischell, for appellee.

Order and judgment affirmed.

374 A.2d 718

Forbes v. Bruce Industrial Controls, Inc., Appellant.

Argued March 24, 1977. Jerome E. Ornsteen, with him Mitchell T. Morris, for appellant; Joseph F. Moore, Jr., with him Pepper, Hamilton & Scheetz, for appellee.

Judgment affirmed.